

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-21-00216-CR & 04-21-00217-CR

John David **BABYAK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9102, 2018CR9104
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief in these consolidated appeals was originally due July 29, 2021; however the court granted appellant an extension of time until August 30, 2021. Neither the brief nor a motion for extension of time has been filed.

We therefore **order** appellant's appointed counsel, Edward F. Shaughnessy, to file appellant's the brief by **September 13, 2021**.

Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that: (1) demonstrates extraordinary circumstances warranting further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

If the brief or a conforming motion is not filed by the date ordered, this appeal may be abated for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b)(2).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court